# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barrett, Michael R. | U.S. District Court, Southern District of Ohio | 05/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final | 01/01/2020<br>**to**<br>12/31/2020 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

Potter Stewart US Courthouse
100 East 5th Street
Cincinnati, Ohio 45202

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Old Walnut Company |
| 2. | Member | Grandin View LLC |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | University of Cincinnati - teaching stipend |
| 2. | 2020 | Spectrum - interview stipend |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Michael R.** | 05/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Card | J |
| 2. US Bank | Credit Card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Michael R.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2.   Old Walnut Co. (Partnership) | A | Dividend | K | U | | | | | |
| 3.   Grandin View LLC | G | Distribution | N | U | | | | | |
| 4.   J.M. Smucker (Common stock) | A | Dividend | J | T | | | | | |
| 5.   ACCOUNT #1 (H) | | | | | | | | | |
| 6.   First American Treasury (cash) | A | Interest | M | T | | | | | |
| 7.   Am. Century Equity Income (ACIIX) | A | Dividend | K | T | | | | | |
| 8.   Invesco QQQ Trust (QQQ) | A | Dividend | J | T | Buy | 05/07/20 | J | | |
| 9.   Blackrock Basic Value Fund Inc. (MABAX) | | None | | | Sold | 05/08/20 | K | | |
| 10.   Nuveen Dividend Value Fd (FAQIX) | A | Dividend | J | T | | | | | |
| 11.   SPDR S&P 500 ETF (SPY) | A | Dividend | K | T | Buy | 05/07/20 | K | | |
| 12.   T. Rowe Price Equity (PRFDX) | A | Dividend | K | T | | | | | |
| 13.   T. Rowe Price Value Fund (TRVLX) | B | Dividend | L | T | | | | | |
| 14.   Vanguard Growth Index Fund ETF (VUG) | A | Dividend | K | T | Buy | 05/07/20 | K | | |
| 15.   Nuveen Mid Cap Growth (FISGX) | A | Dividend | J | T | | | | | |
| 16.   Nuveen Mid Cap Value (FSEIX) | A | Dividend | K | T | | | | | |
| 17.   T. Rowe Price Mid Cap Value (TRMCX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Am. Century Sm. Cap (ACVIX) | A | Dividend | J | T | | | | | |
| 19. Nuveen Small Cap Select (ARSTX) | A | Dividend | J | T | | | | | |
| 20. Nuveen Small Cap Value (FSCCX) | A | Dividend | J | T | | | | | |
| 21. Fidelity Investment Tr. Ad Intl Discovery (FIADX) | B | Dividend | K | T | | | | | |
| 22. Laudus Intl Marketmasters (SWMIX) | | None | | | Sold | 05/07/20 | J | | |
| 23. Vanguard FTSE Emerging Markets ETF (VWO) | A | Dividend | J | T | Buy | 05/07/20 | J | | |
| 24. Technology Select Sector SPDR (XLK) | A | Dividend | K | T | | | | | |
| 25. iShares US Treasury Bond ETF (GOVT) | A | Dividend | K | T | Buy | 05/07/20 | K | | |
| 26. Tiaa Cref Bond Plus Fund Adv (TCBHX) | B | Dividend | K | T | | | | | |
| 27. Vanguard Intermediate Term Bond Index Shares ETF (BIV) | A | Dividend | K | T | Buy | 05/07/20 | K | | |
| 28. Vanguard Short Term Bond Index Fd ETF (BSV) | A | Dividend | K | T | Buy | 05/07/20 | K | | |
| 29. Tiaa Cref Inflation Linked Bond Fund (TIHIX) | A | Dividend | K | T | | | | | |
| 30. Nuveen Real Estate Secs. Fund (FARCX) | A | Dividend | K | T | Sold (part) | 05/07/20 | J | | |
| 31. iPath Dow Jones UBS (DJP) | | None | | | Sold | 05/07/20 | J | | |
| 32. ACCOUNT #2 (H) | | | | | | | | | |
| 33. Morgan Stanley Bank NA (cash) | A | Interest | K | T | | | | | |
| 34. Chevron Corp (CVX) | A | Dividend | | | Sold | 04/02/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  Intl Business Machines Corp (IBM) | A | Dividend | | | Sold | 04/06/20 | J | | |
| 36.  Johnson & Johnson (JNJ) | A | Dividend | | | Sold | 08/31/20 | J | B | |
| 37.  JPMorgan Chase & Co (JPM) | A | Dividend | | | Sold | 07/06/20 | J | | |
| 38.  Lockheed Martin Corp (LMT) | A | Dividend | | | Sold | 04/02/20 | J | | |
| 39.  Microsoft Corp (MSFT) | A | Dividend | | | Sold | 08/31/20 | K | D | |
| 40.  Nextera Energy Inc (NEE) | A | Dividend | | | Sold | 04/06/20 | J | C | |
| 41.  Pfizer Inc (PFE) | A | Dividend | | | Sold | 07/06/20 | J | | |
| 42.  Philip Morris Intl Inc (PM) | A | Dividend | | | Sold | 04/06/20 | J | | |
| 43.  Sempra Energy (SRE) | A | Dividend | | | Sold | 04/06/20 | J | A | |
| 44.  Verizon Communications (VZ) | A | Dividend | | | Sold | 07/06/20 | J | | |
| 45.  Walmart Inc (WMT) | A | Dividend | | | Sold | 08/31/20 | J | C | |
| 46.  Wells Fargo & Co New (WFC) | A | Dividend | | | Sold | 07/06/20 | J | | |
| 47.  Alps Sector Dividend Dogs (SDOG) | A | Dividend | | | Sold | 07/06/20 | J | | |
| 48.  First Trust Dow Jones Stoxx Eur (FDD) | A | Dividend | | | Sold | 04/27/20 | J | | |
| 49.  First Trust Exchange Traded Fund VI (TDIV) | A | Dividend | K | T | | | | | |
| 50.  First Trust Valu.LN Div Index (FVD) | C | Dividend | M | T | Buy<br>(add'l) | 12/07/20 | K | | |
| 51.  FT Enhanced Short Maturity ETF (FTSM) | A | Dividend | | | Sold | 04/27/20 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. FT Preferred Secur & Inc ETF (FPE) | C | Dividend | L | T | | | | | |
| 53. Goldman Sachs Access TRE 0-1 Y (GBIL) | A | Dividend | | | Sold | 02/21/20 | J | A | |
| 54. Invesco S&P Financials R (RWW) | A | Dividend | | | Sold | 02/26/20 | J | | |
| 55. Invesco S&P Ultra Divide (RDIV) | A | Dividend | | | Sold | 04/02/20 | K | | |
| 56. iShares Core Dividend Growth (DGRO) | B | Dividend | | | Sold | 08/03/20 | M | D | |
| 57. iShares Edge MSCI Min Vol Emer (EEMV) | | None | | | Sold | 04/06/20 | K | | |
| 58. iShares Mortgage Real Estate C (REM) | D | Dividend | L | T | Buy | 04/06/20 | K | | |
| 59. | | | | | Sold<br>(part) | 10/05/20 | K | D | |
| 60. SPDR Gold Tr Gold Shs (GLD) | | None | L | T | Buy | 07/06/20 | L | | |
| 61. | | | | | Sold<br>(part) | 08/31/20 | J | A | |
| 62. Vanguard Dividend Appreciation (VIG) | A | Dividend | L | T | Buy | 08/31/20 | L | | |
| 63. AB High Income Adv (AGDYX) | C | Dividend | | | Buy | 04/02/20 | L | | |
| 64. | | | | | Buy<br>(add'l) | 04/06/20 | K | | |
| 65. | | | | | Sold | 11/11/20 | L | D | |
| 66. Alliance Bernstein Income Adv (ACGYX) | B | Dividend | | | Buy | 04/06/20 | L | | |
| 67. | | | | | Sold | 12/07/20 | L | D | |
| 68. AC Alternatives Inc I (ALNIX) | A | Dividend | | | Sold | 04/06/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Amer Cent Short Duration Inf Pr Bd I (APOHX) | | None | | | Buy | 02/21/20 | J | | |
| 70. | | | | | Sold | 04/27/20 | J | | |
| 71. BNY Mellon GLB EQU INC (DQEIX) (formerly Dreyfus Global) | A | Dividend | | | Sold | 04/06/20 | M | | |
| 72. Columbia Thermostat Inst (COTZX) | C | Dividend | L | T | Buy | 11/11/20 | L | | |
| 73. Eaton Vance Emerg Mkt Local Inc Fd I (EEIIX) | C | Dividend | | | Buy | 04/09/20 | L | | |
| 74. | | | | | Sold | 11/16/20 | L | D | |
| 75. Eaton Vance Emerg Mkts Dbt Opp I (EIDOX) | A | Dividend | L | T | Buy | 11/16/20 | L | | |
| 76. Federated Total Return BD Inst (FTRBX) | C | Dividend | | | Sold | 07/06/20 | M | D | |
| 77. Goldman Sachs US Eq Dv Prem I (GSPKX) | A | Dividend | | | Sold | 04/02/20 | L | | |
| 78. Hartford Balanced Inc I (HBLIX) | D | Dividend | M | T | Buy | 04/27/20 | M | | |
| 79. Mai Managed Volatility Instl (MAIPX) | A | Dividend | | | Sold | 04/02/20 | L | | |
| 80. MFS Diversified Income I (DIFIX) | B | Dividend | | | Sold | 04/27/20 | L | | |
| 81. Kopernik Glb All Cap Inst (KGGIX) | C | Dividend | L | T | Buy | 07/06/20 | K | | |
| 82. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 83. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 84. | | | | | Buy (add'l) | 10/05/20 | K | | |
| 85. Lord Abbett Dev Growth Fd F (LADFX) | D | Dividend | L | T | Buy | 08/03/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Michael R.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   PGIM Jenn Glbl Opportunities Z (PRIZX) | B | Dividend | M | T | Buy | 07/06/20 | L | | |
| 87. | | | | | Buy<br>(add'l) | 08/31/20 | K | | |
| 88. | | | | | Buy<br>(add'l) | 10/05/20 | K | | |
| 89.   Pimco Income I2 (PONPX) | C | Dividend | | | Sold | 07/06/20 | M | | |
| 90.   Pimco Total Return I2 (PTTPX) | D | Dividend | N | T | Buy | 07/06/20 | M | | |
| 91. | | | | | Buy<br>(add'l) | 08/03/20 | K | | |
| 92. | | | | | Buy<br>(add'l) | 10/05/20 | K | | |
| 93. | | | | | Buy<br>(add'l) | 12/07/20 | L | | |
| 94.   ACCOUNT #3 (H) | | | | | | | | | |
| 95.   FIRST TRUST CAPITAL STRGTH ETF<br>(FTCS) | A | Dividend | | | Sold | 04/09/20 | J | | |
| 96.   FIRST TRUST LRGE CAP CORE ETF<br>(FEX) | A | Dividend | | | Sold<br>(part) | 01/15/20 | J | A | |
| 97. | | | | | Sold | 04/09/20 | J | | |
| 98.   FIRST TRUST NASDAQ-IOO-TECH<br>(QTEC) | A | Dividend | J | T | Sold<br>(part) | 01/15/20 | J | A | |
| 99.   ISHARES CORE MSCI EAFE ETF (IEFA) | A | Dividend | J | T | Buy | 06/17/20 | J | | |
| 100.   INVESCO S&P 500 LOW VOL (SPLV) | A | Dividend | | | Sold<br>(part) | 04/09/20 | J | | |
| 101. | | | | | Sold | 05/13/20 | J | | |
| 102.   IQ 50PCT HEDGED FTSE INT ETF<br>(HFXI) | A | Dividend | | | Buy<br>(add'l) | 01/15/20 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold | 04/09/20 | J | | |
| 104. ISHARES CORE S&P 500 ETF (IVV) | A | Dividend | | | Sold | 04/09/20 | J | | |
| 105. ISHARES CORE S&P TOTAL US STOC (ITOT) | A | Dividend | K | T | Sold (part) | 05/13/20 | J | | |
| 106. | | | | | Sold (part) | 06/17/20 | J | A | |
| 107. ISHARES EDGE MSCI US VALUE FAC (VLUE) | A | Dividend | | | Buy | 04/09/20 | J | | |
| 108. | | | | | Buy (add'l) | 06/17/20 | J | | |
| 109. | | | | | Sold (part) | 07/06/20 | J | A | |
| 110. | | | | | Sold | 08/03/20 | J | A | |
| 111. SPDR GOLD TR GOLD SHS (GLD) | | None | J | T | Buy | 05/13/20 | J | | |
| 112. | | | | | Buy (add'l) | 06/17/20 | J | | |
| 113. VANGUARD SMALL CAP ETF (VB) | A | Dividend | J | T | Buy | 06/17/20 | J | | |
| 114. ALLIANCE BERNSTEIN INCOME ADV (ACGYX) | A | Dividend | | | Buy | 01/15/20 | K | | |
| 115. | | | | | Sold (part) | 04/09/20 | J | | |
| 116. | | | | | Sold | 06/03/20 | K | | |
| 117. AMER CENT EMERG MKTS I (AMKIX) | A | Dividend | | | Sold | 05/05/20 | J | | |
| 118. BLACKROCK HI YIELD BD PTF INST (BHYIX) | A | Dividend | J | T | Buy | 04/09/20 | J | | |
| 119. | | | | | Buy (add'l) | 06/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barrett, Michael R. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  BNY MELLON CORE PLUS I (DCPIX) | A | Dividend | K | T | Buy | 06/03/20 | K | | |
| 121. | | | | | Buy (add'l) | 06/17/20 | J | | |
| 122.  CALVERT EQUITY I (CEYIX) | A | Dividend | K | T | Buy | 01/15/20 | J | | |
| 123. | | | | | Buy (add'l) | 04/09/20 | J | | |
| 124. | | | | | Sold (part) | 06/17/20 | J | A | |
| 125.  E V ATLANTA CAP SEL EQ I (ESEIX) | A | Dividend | J | T | Buy | 01/15/20 | J | | |
| 126.  E V SHT DUR GOVT INC I (EILDX) | A | Dividend | | | Buy | 01/15/20 | J | | |
| 127. | | | | | Sold | 04/09/20 | J | A | |
| 128.  KOPERNIK GLB ALL CAP INSTL (KGGIX) | A | Dividend | J | T | Buy | 07/06/20 | J | | |
| 129. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 130.  LORD ABBETT DEV GROWTH FD F (LADFX) | B | Dividend | K | T | Buy | 05/05/20 | J | | |
| 131. | | | | | Sold (part) | 06/17/20 | J | A | |
| 132.  MFS INTL GROWTH I (MQGIX) | A | Dividend | K | T | Buy | 04/09/20 | J | | |
| 133.  GOLDMAN SACHS US EQ INSGHT (GSSQX) | | None | | | Sold | 01/15/20 | K | B | |
| 134.  GOLDMAN SACHS GQG INTL OPP I (GSIMX) | | None | | | Sold | 01/15/20 | J | B | |
| 135.  FEDERATED TOTAL RETURN BD INST (FTRBX) (X) | A | Dividend | | | Sold | 01/15/20 | J | A | |
| 136.  PIMCO LOW DURATION INC I2 (PFTPX) (X) | A | Dividend | | | Sold | 01/15/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. PIMCO INVEST GRADE CRED BD I2 (PBDPX) | A | Dividend | J | T | Buy | 04/09/20 | J | | |
| 138. PERFORMANCE TRUST STRAT BD I (PTIAX) (X) | A | Dividend | | | Sold (part) | 01/15/20 | J | A | |
| 139. | | | | | Buy (add'l) | 04/09/20 | J | | |
| 140. | | | | | Sold | 06/17/20 | J | A | |
| 141. ISHARES EDGE MSCI US MOMENTUM (MTUM) (X) | | None | | | Sold | 01/15/20 | J | A | |
| 142. ISHARES 20+ YR TREAS BOND ETF (TLT) (X) | A | Dividend | | | Sold | 01/15/20 | J | | |
| 143. ACCOUNT #4 (H) | | | | | | | | | |
| 144. Procter & Gamble (PG) | B | Dividend | L | T | | | | | |
| 145. ACCOUNT #5 (H) | | | | | | | | | |
| 146. Wilmington Trust Bank Deposit (cash) | A | Dividend | K | T | | | | | |
| 147. Harbor Large Cap Value Fund (HNLVX) | B | Dividend | L | T | Buy (add'l) | 01/02/20 | J | | |
| 148. | | | | | Buy (add'l) | 03/18/20 | J | | |
| 149. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 150. | | | | | Sold (part) | 04/14/20 | J | | |
| 151. iShares Edge MSCI Min Vol USA ETF (USMV) | A | Dividend | K | T | Buy (add'l) | 01/02/20 | K | | |
| 152. | | | | | Sold (part) | 05/14/20 | J | | |
| 153. iShares Edge MSCI USA Qlty Factor ETF (QUAL) | A | Dividend | K | T | Sold (part) | 01/02/20 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Michael R.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. iShares MSCI USA Value Factor ETF (VLUE) | | None | | | Buy | 03/31/20 | J | | |
| 155. | | | | | Sold | 05/14/20 | J | A | |
| 156. iShares Russell 1000 Growth ETF (IWF) | A | Dividend | | | Sold (part) | 01/02/20 | K | C | |
| 157. | | | | | Sold (part) | 02/26/20 | J | A | |
| 158. | | | | | Sold | 03/31/20 | J | B | |
| 159. LSV Value Equity FD Strat (LSVEX) | | None | | | Sold (part) | 01/02/20 | K | | |
| 160. | | | | | Buy (add'l) | 03/18/20 | J | | |
| 161. | | | | | Sold | 03/31/20 | K | | |
| 162. T Rowe Price Lg Cap Grwth Fund I (TRLGX) | A | Dividend | L | T | Sold (part) | 01/02/20 | J | A | |
| 163. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 164. | | | | | Sold (part) | 04/14/20 | J | | |
| 165. | | | | | Buy (add'l) | 05/14/20 | J | | |
| 166. | | | | | Sold (part) | 12/23/20 | J | B | |
| 167. Wilmington Large Cap Strategy Fund (WMLIX) | D | Dividend | M | T | Sold (part) | 01/02/20 | K | D | |
| 168. | | | | | Sold (part) | 07/24/20 | J | A | |
| 169. | | | | | Sold (part) | 12/23/20 | J | B | |
| 170. AMG River Rd Sm-Cap Value Fd Cl I (ARSIX) | A | Dividend | K | T | Buy | 03/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 12/23/20 | J | | |
| 172. Artisan Small Cap Fund Cl Inst (APHSX) | B | Dividend | K | T | Buy | 03/31/20 | K | | |
| 173. | | | | | Sold<br>(part) | 07/24/20 | J | B | |
| 174. | | | | | Sold<br>(part) | 12/23/20 | J | B | |
| 175. iShares S&P Small-Cap 600 Growth ETF<br>(IJT) | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | | |
| 176. | | | | | Sold<br>(part) | 02/26/20 | J | A | |
| 177. | | | | | Buy<br>(add'l) | 03/31/20 | J | | |
| 178. | | | | | Sold<br>(part) | 07/24/20 | J | | |
| 179. | | | | | Sold<br>(part) | 09/04/20 | J | A | |
| 180. iShares S&P Small-Cap 600 Value ETF<br>(IJS) | | None | J | T | Buy | 09/04/20 | J | | |
| 181. Meridian Sm-Cap Growth (MSGRX) | | None | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 182. | | | | | Sold | 03/31/20 | K | | |
| 183. Nuveen Small Cap Value Fund (FSCCX) | | None | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 184. | | | | | Sold | 03/31/20 | J | | |
| 185. Vanguard FTSE Dev Market (VEA) | A | Dividend | | | Sold<br>(part) | 01/02/20 | K | D | |
| 186. | | | | | Sold<br>(part) | 02/26/20 | J | | |
| 187. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Sold | 03/23/20 | L | | |
| 189.  iShares Core MSCI EAFE ETF (IEFA) | A | Dividend | L | T | Buy | 03/23/20 | L | | |
| 190. | | | | | Sold<br>(part) | 04/14/20 | J | A | |
| 191.  WCM Focused Intl Growth Fd (WCMIX) | A | Dividend | K | T | Buy | 01/02/20 | K | | |
| 192. | | | | | Sold<br>(part) | 07/24/20 | J | A | |
| 193.  Baillie Gifford Emerg Mkts Cl K (BGKEX) | A | Dividend | K | T | Buy | 01/02/20 | K | | |
| 194. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 195. | | | | | Sold<br>(part) | 07/24/20 | J | | |
| 196. | | | | | Buy<br>(add'l) | 11/12/20 | J | | |
| 197. | | | | | Buy<br>(add'l) | 12/23/20 | J | | |
| 198.  iShares Core MSCI Emerging Markets<br>(IEMG) | A | Dividend | K | T | Sold<br>(part) | 01/02/20 | K | C | |
| 199. | | | | | Sold<br>(part) | 02/26/20 | J | A | |
| 200.  Wilmington Intl Fund I (WINIX) | A | Dividend | L | T | Buy | 01/02/20 | L | | |
| 201. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 202. | | | | | Sold<br>(part) | 07/24/20 | J | | |
| 203. | | | | | Sold<br>(part) | 12/23/20 | J | A | |
| 204.  Fidelity Focused High Income (FHIFX) | B | Dividend | K | T | Sold<br>(part) | 07/20/20 | K | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Michael R.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. Vanguard Intermediate-Term Tax Exempt FD (VWIUX) | A | Dividend | K | T | Buy (add'l) | 07/20/20 | K | | |
| 206. Wilmington Municipal Bond Fund (WTAIX) | D | Dividend | N | T | | | | | |
| 207. iShares Tips Bond ETF (TIP) | A | Dividend | | | Sold (part) | 03/18/20 | J | A | |
| 208. | | | | | Sold | 03/23/20 | J | A | |
| 209. Vanguard Inflation-Protected Cl Admiral (VAIPX) | | None | J | T | Buy | 12/23/20 | J | | |
| 210. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 211. iShares Global REIT ETF (REET) | A | Dividend | K | T | Buy | 01/02/20 | J | | |
| 212. | | | | | Sold (part) | 04/14/20 | J | | |
| 213. | | | | | Buy (add'l) | 07/24/20 | J | | |
| 214. iShares Cohen & Steers REIT ETF (ICF) | | None | | | Sold | 01/02/20 | J | C | |
| 215. SPDR Dow Jones Int'l Real Estate ETF (RWX) | | None | | | Sold | 01/02/20 | K | | |
| 216. SPDR Gold Shares (GLD) | | None | | | Buy | 07/24/20 | K | | |
| 217. | | | | | Sold | 12/23/20 | K | | |
| 218. Vanguard Commodity Strat Fd Cl Adm (VCMDX) | A | Dividend | K | T | Buy | 01/02/20 | J | | |
| 219. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 220. ACCOUNT #6 (H) | | | | | | | | | |
| 221. Morgan Stanley Bank NA (cash) | A | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Michael R.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  Carrier Global Corp (CARR) (X) | A | Dividend | J | T | | | | | |
| 223.  Exxon Mobil Corp (XOM) | A | Dividend | | | Sold | 03/18/20 | J | C | |
| 224.  Ill Tool Works Inc (ITW) | A | Dividend | K | T | | | | | |
| 225.  Johnson & Johnson (JNJ) | A | Dividend | K | T | | | | | |
| 226.  McDonalds Corp (MCD) | A | Dividend | K | T | | | | | |
| 227.  Otis Worldwide Corp (OTIS) (X) | A | Dividend | J | T | | | | | |
| 228.  Procter & Gamble (PG) | A | Dividend | K | T | | | | | |
| 229.  Raytheon Technologies Corp (RTX) | A | Dividend | J | T | | | | | |
| 230.  iShares Core Dividend Growth (DGRO) | C | Dividend | M | T | Buy | 03/26/20 | K | | |
| 231. | | | | | Buy<br>(add'l) | 03/27/20 | K | | |
| 232. | | | | | Buy<br>(add'l) | 04/15/20 | L | | |
| 233.  iShares Mortgage Real Estate C (REM) | A | Dividend | K | T | Buy | 10/01/20 | K | | |
| 234.  iShares IBonds Sep 2020 Muni (IBMI) | A | Dividend | | | Sold | 03/18/20 | K | | |
| 235.  iShares MSCI EAFE ETF (EFA) | | None | | | Sold | 03/18/20 | K | | |
| 236.  Nuveen Mun Cr Opportunities Fd (NMCO) | C | Dividend | L | T | Buy | 03/18/20 | L | | |
| 237.  The Technology Sel Sec Spdr Fd (XLK) | A | Dividend | L | T | | | | | |
| 238.  AB High Income Adv (AGDYX) | C | Dividend | L | T | Buy | 03/26/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 04/15/20 | K | | |
| 240. Am. Century Eqi Inc. Int. (ACIIX) | A | Dividend | | | Sold | 03/18/20 | L | | |
| 241. Am New Perspective F2 (ANWFX) | C | Dividend | L | T | Sold (part) | 03/18/20 | K | D | |
| 242. Invesco Opp Cap Income Y (OCIYX) | | None | | | Sold | 03/18/20 | K | | |
| 243. Lord Abbett Interm Tx Fr F (LISFX) | B | Dividend | M | T | Buy | 03/26/20 | M | | |
| 244. Mainstay MacKay High Yld Mun Bd I (MMHIX) | C | Dividend | M | T | Buy | 03/26/20 | M | | |
| 245. Neuberger Berman Lg Sh Inst (NLSIX) | B | Dividend | L | T | | | | | |
| 246. Nuveen All-American Muni Bd I (FAARX) | B | Dividend | | | Sold | 03/18/20 | M | B | |
| 247. Nuveen Global Infrastructure (FGIYX) | | None | | | Sold | 03/18/20 | K | | |
| 248. Nuveen HI YLD Muni BD I (NHMRX) | B | Dividend | | | Sold | 03/18/20 | L | | |
| 249. Nuveen Real Estate Sec FD (FARCK) | | None | | | Sold | 03/18/20 | K | | |
| 250. Nuveen Santa Barbara Div Gr I (NSBRX) | D | Dividend | M | T | Buy | 03/18/20 | M | | |
| 251. Nuveen Sh Dur High Yield Muni Bond (NVHIX) | B | Dividend | | | Sold | 03/18/20 | M | | |
| 252. T Rowe Price Growth Stock Adv (PRGFX) | | None | | | Sold | 03/18/20 | L | E | |
| 253. T Rowe Price MidCap Gr Adv (RPMGX) | | None | | | Sold | 03/18/20 | L | D | |
| 254. T Rowe Price Mid Cap Value (TRMCX) | | None | | | Sold | 03/18/20 | K | | |
| 255. Pimco Invest Grade Cred Bd I2 (PBDPX) | B | Dividend | L | T | Buy | 04/15/20 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  Vanguard 500 Indx Admiral (VFIAX) | C | Dividend | M | T | | | | | |
| 257.  ACCOUNT #7 (H) | | | | | | | | | |
| 258.  WILMINGTON TRUST BANK DEPOSIT SWEEP (BKSWP) (cash) | A | Interest | L | T | | | | | |
| 259.  ACTIVISION BLIZZARD INC (ATVI) | | None | J | T | Buy | 09/10/20 | J | | |
| 260.  AT&T INC (T) | A | Dividend | J | T | Sold (part) | 01/02/20 | J | | |
| 261.  COMCAST CORP NEW A (CMCSA) | A | Dividend | J | T | Sold (part) | 01/02/20 | J | A | |
| 262.  OMNICOM GROUP INC COM (OMC) | A | Dividend | J | T | Sold (part) | 01/02/20 | J | | |
| 263.  WALT DISNEY CO (DIS) | A | Dividend | J | T | Sold (part) | 01/02/20 | J | A | |
| 264.  EXPEDIA GROUP, INC (EXPE) | A | Dividend | J | T | | | | | |
| 265.  EXTENDED STAY AMERICA INC (STAY) | A | Dividend | | | Sold | 03/25/20 | J | | |
| 266.  LOWES COMPANIES INC (LOW) | A | Dividend | K | T | Sold (part) | 01/02/20 | J | A | |
| 267.  NIKE INC (NKE) | A | Dividend | J | T | Buy | 03/17/20 | J | | |
| 268.  STARBUCKS CORP (SBUX) | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 269. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 270.  TJX COMPANIES COM (TJX) | A | Dividend | J | T | Sold (part) | 01/02/20 | J | A | |
| 271.  COSTCO WHOLESALE CORP COM (COST) | A | Dividend | K | T | Sold (part) | 01/02/20 | J | A | |
| 272.  ESTEE LAUDER COMPANIES INC (EL) | A | Dividend | J | T | Sold (part) | 01/02/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Michael R.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. PEPSICO INC COM (PEP) | A | Dividend | J | T | Sold (part) | 01/02/20 | J | A | |
| 274. PHILIP MORRIS INTL INC (PM) | A | Dividend | J | T | | | | | |
| 275. PROCTER & GAMBLE CO COM (PG) | A | Dividend | J | T | Sold (part) | 01/02/20 | J | A | |
| 276. CHEVRON CORP (CVX) | A | Dividend | J | T | Sold (part) | 01/02/20 | J | | |
| 277. EOG RESOURCES INC COM (EOG) | A | Dividend | J | T | Sold (part) | 01/02/20 | J | | |
| 278. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 279. EXXON MOBIL CORP (XOM) | A | Dividend | | | Sold | 09/10/20 | J | | |
| 280. VALERO ENERGY CORP COM (VLO) | A | Dividend | J | T | Sold (part) | 01/02/20 | J | A | |
| 281. | | | | | Buy (add'l) | 09/10/20 | J | | |
| 282. BLACKROCK INC (BLK) | A | Dividend | K | T | Sold (part) | 01/02/20 | J | | |
| 283. CITIGROUP INC (C) | A | Dividend | J | T | Sold (part) | 01/02/20 | J | A | |
| 284. CME GROUP INC (CME) | A | Dividend | J | T | | | | | |
| 285. JPMORGAN CHASE & CO (JPM) | A | Dividend | K | T | Sold (part) | 01/02/20 | J | A | |
| 286. METLIFE INC (MET) | A | Dividend | J | T | | | | | |
| 287. MORGAN STANLEY GROUP (MS) | A | Dividend | J | T | | | | | |
| 288. U S BANCORP DEL COM NEW (USB) | A | Dividend | J | T | Sold (part) | 01/02/20 | J | A | |
| 289. AMGEN INC COM (AMGN) | A | Dividend | J | T | Sold (part) | 01/02/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290.  BECTON DICKINSON & CO COM (BDX) | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | A | |
| 291.  DANAHER CORP COM (DHR) | A | Dividend | K | T | Sold<br>(part) | 01/02/20 | J | A | |
| 292.  GILEAD SCIENCES INC COM (GILD) | A | Dividend | | | Sold | 04/17/20 | J | A | |
| 293.  JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | A | |
| 294.  MERCK & CO INC (MRK) | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | A | |
| 295.  PFIZER INC (PFE) | A | Dividend | | | Sold<br>(part) | 01/02/20 | J | A | |
| 296. | | | | | Sold | 09/10/20 | J | B | |
| 297.  UNITEDHEALTH GROUP INC (UNH) | A | Dividend | K | T | Sold<br>(part) | 01/02/20 | J | A | |
| 298.  ZOETIS INC (ZTS) | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | A | |
| 299.  BOEING CO COM (BA) | A | Dividend | | | Sold | 03/17/20 | J | | |
| 300.  DELTA AIR LINES INC (DAL) | A | Dividend | | | Sold<br>(part) | 01/02/20 | J | A | |
| 301. | | | | | Sold | 03/19/20 | J | | |
| 302.  FEDEX CORP COM (FDX) | A | Dividend | K | T | | | | | |
| 303.  LOCKHEED MARTIN CORPORATION<br>COM (LMT) | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | A | |
| 304.  RAYTHEON TECHNOLOGIES (RTX) | A | Dividend | J | T | Buy | 04/06/20 | J | | |
| 305. | | | | | Buy<br>(add'l) | 04/17/20 | J | | |
| 306.  UNION PACIFIC CORP COM (UNP) | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. XYLEM INC (XYL) | A | Dividend | J | T | Buy | 09/03/20 | J | | |
| 308. APPLE INC (AAPL) | A | Dividend | L | T | Sold<br>(part) | 01/02/20 | J | B | |
| 309. | | | | | Sold<br>(part) | 05/14/20 | J | B | |
| 310. | | | | | Sold<br>(part) | 09/03/20 | J | D | |
| 311. | | | | | Buy<br>(add'l) | 11/12/20 | J | | |
| 312. BROADCOM INC (AVGO) | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | A | |
| 313. CISCO SYSTEMS INC (CSCO) | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | A | |
| 314. MASTERCARD INC CL A (MA) | A | Dividend | K | T | Sold<br>(part) | 01/02/20 | J | B | |
| 315. | | | | | Sold<br>(part) | 05/14/20 | J | | |
| 316. MAXIM INTEGRATED PRODS INC<br>COM (MXIM) | A | Dividend | K | T | Sold<br>(part) | 01/02/20 | J | A | |
| 317. MICROSOFT CORP (MSFT) | A | Dividend | L | T | Sold<br>(part) | 01/02/20 | J | B | |
| 318. | | | | | Sold<br>(part) | 05/14/20 | J | B | |
| 319. ORACLE CORPORATION COM (ORCL) | A | Dividend | J | T | | | | | |
| 320. QUALCOMM INC COM (QCOM) | A | Dividend | K | T | Sold<br>(part) | 01/02/20 | J | A | |
| 321. AIR PRODUCTS & CHEMICALS INC<br>(APD) | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | A | |
| 322. SHERWIN WILLIAMS CO COM (SHW) | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | A | |
| 323. AMERICAN TOWER CORP CL A (AMT) | A | Dividend | K | T | Sold<br>(part) | 01/02/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. AMERICAN ELECTRIC POWER CO INC (AEP) | A | Dividend | J | T | Sold (part) | 01/02/20 | J | A | |
| 325. CMS ENERGY CORP COM (CMS) | A | Dividend | J | T | | | | | |
| 326. ISHARES EDGE MSCI USA QLTY FACTOR ETF (QUAL) | A | Dividend | L | T | Sold (part) | 01/02/20 | J | A | |
| 327. ISHARES RUSSELL 1000 GROWTH ETF (IWF) | A | Dividend | | | Sold (part) | 01/02/20 | J | A | |
| 328. | | | | | Sold (part) | 02/26/20 | J | C | |
| 329. | | | | | Sold | 03/31/20 | K | B | |
| 330. T ROWE PRICE LRG CAP GR I (TRLGX) | A | Dividend | M | T | Sold (part) | 01/02/20 | J | A | |
| 331. | | | | | Buy (add'l) | 03/31/20 | K | | |
| 332. | | | | | Buy (add'l) | 05/14/20 | K | | |
| 333. | | | | | Sold (part) | 07/24/20 | J | A | |
| 334. AMG RIVER RD SM CAP VALUE FD CL I (ARSIX) | A | Dividend | L | T | Buy | 03/31/20 | K | | |
| 335. ARTISAN SMALL CAP FUND CL INST (APHSX) | C | Dividend | L | T | Buy | 03/31/20 | K | | |
| 336. | | | | | Sold (part) | 07/24/20 | J | C | |
| 337. ISHARES S&P SM-CAP 600 GROWTH ETF (IJT) | A | Dividend | K | T | Sold (part) | 01/02/20 | K | B | |
| 338. | | | | | Sold (part) | 02/26/20 | K | B | |
| 339. | | | | | Buy (add'l) | 03/18/20 | J | | |
| 340. | | | | | Buy (add'l) | 03/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. | | | | | Sold<br>(part) | 09/04/20 | K | B | |
| 342. ISHARES S&P SM CAP 600 VALUE ETF (IJS) | A | Dividend | K | T | Buy | 09/04/20 | K | | |
| 343. MERIDIAN SM-CAP GROWTH FD CL I (MSGRX) | | None | | | Sold<br>(part) | 01/02/20 | J | A | |
| 344. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 345. | | | | | Sold | 03/31/20 | L | | |
| 346. NUVEEN SMALL CAP VALUE FD-Y (FSCCX) | A | Dividend | | | Sold<br>(part) | 01/02/20 | J | A | |
| 347. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 348. | | | | | Sold | 03/31/20 | K | | |
| 349. ACCENTURE PLC- CL A (ACN) | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | A | |
| 350. INGERSOLL-RAND PUBLIC LT CO (IR) | | None | | | Sold<br>(part) | 01/02/20 | J | A | |
| 351. | | | | | Sold | 03/09/20 | J | A | |
| 352. MEDTRONIC PLC (MDT) | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | | |
| 353. TRANE TECHNOLOGIES (TT) (X) | A | Dividend | J | T | | | | | |
| 354. SUNCOR ENERGY INC (SU) | A | Dividend | | | Sold<br>(part) | 01/02/20 | J | | |
| 355. | | | | | Sold | 03/17/20 | J | | |
| 356. WILLIS TOWERS WATSON PLC (WLTW) | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | A | |
| 357. ISHARES CORE MSCI EAFE ETF (IEFA) | C | Dividend | M | T | Buy<br>(add'l) | 01/02/20 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358. | | | | | Sold<br>(part) | 02/26/20 | J | A | |
| 359. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 360. WCM FOCUSED INTL GROWTH FD<br>(WCMIX) | A | Dividend | L | T | Sold<br>(part) | 01/02/20 | J | B | |
| 361. | | | | | Sold<br>(part) | 07/24/20 | J | B | |
| 362. BAILLIE GIFFORD EMERG MKTS CL K<br>(BGKEX) | B | Dividend | L | T | Buy | 01/02/20 | L | | |
| 363. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 364. | | | | | Sold<br>(part) | 07/24/20 | J | | |
| 365. | | | | | Buy<br>(add'l) | 11/12/20 | K | | |
| 366. ISHARES CORE MSCI EMERGING<br>(IEMG) | A | Dividend | K | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 367. | | | | | Sold<br>(part) | 02/26/20 | J | A | |
| 368. WILMINGTON INTERNATIONAL FUND<br>(WINIX) | C | Dividend | N | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 369. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 370. | | | | | Sold<br>(part) | 07/24/20 | J | A | |
| 371. FIDELITY FOCUSED HIGH INCOME<br>FUND (FHIFX) | B | Dividend | | | Sold<br>(part) | 05/22/20 | K | B | |
| 372. | | | | | Sold | 07/28/20 | K | D | |
| 373. MUNICIPAL BOND COMMON FUND<br>(625993AB6) | D | Dividend | O | T | Buy<br>(add'l) | 05/31/20 | K | | |
| 374. | | | | | Buy<br>(add'l) | 07/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. NUVEEN SHORT DUR H/Y MUNI CL I (NVHIX) | B | Dividend | K | T | | | | | |
| 376. ISHARES TIPS BOND ETF (TIP) | A | Dividend | | | Sold (part) | 01/02/20 | J | A | |
| 377. | | | | | Sold (part) | 03/18/20 | J | | |
| 378. | | | | | Sold | 03/23/20 | K | B | |
| 379. ISHARES GLOBAL REIT ETF (REET) | B | Dividend | K | T | Buy | 01/02/20 | L | | |
| 380. | | | | | Buy (add'l) | 03/18/20 | J | | |
| 381. | | | | | Sold (part) | 04/14/20 | K | | |
| 382. | | | | | Buy (add'l) | 07/24/20 | J | | |
| 383. ISHARES COHEN & STEERS REIT ETF (ICF) | | None | | | Sold | 01/02/20 | K | C | |
| 384. SPDR GOLD SHARES (GLD) | | None | K | T | Buy | 07/24/20 | K | | |
| 385. SPDR DJ INTL REAL ESTATE ETF (RWX) | | None | | | Sold | 01/02/20 | L | B | |
| 386. VANGUARD COMMODITY STRAT FD CL ADM (VCMDX) | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 387. ACCOUNT #8 (H) | | | | | | | | | |
| 388. Maximum Appreciation Fund (254999865) | C | Dividend | N | T | Sold (part) | 01/01/20 | J | | |
| 389. | | | | | Sold (part) | 07/31/20 | J | A | |
| 390. Municipal Bond Common Fund (625993AB6) | B | Dividend | L | T | | | | | |
| 391. ACCOUNT #9 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392. First American Treasury Oblig Fd Cl (cash equiv) | C | Interest | O | T | | | | | |
| 393. Abbott Labs (ABT) | B | Dividend | M | T | | | | | |
| 394. Abbvie Inc (ABBV) | C | Dividend | M | T | | | | | |
| 395. Capital One Financial Corp (COF) | A | Dividend | K | T | | | | | |
| 396. Invesco QQQ Trust (QQQ) | A | Dividend | K | T | Buy | 05/07/20 | K | | |
| 397. iShares Select Dividend ETF (DVY) | A | Dividend | J | T | | | | | |
| 398. Procter & Gamble (PG) | D | Dividend | O | T | | | | | |
| 399. T. Rowe Price Value (TRVLX) | A | Dividend | K | T | | | | | |
| 400. Vanguard Growth Index Fund (VUG) | A | Dividend | L | T | Buy | 05/07/20 | L | | |
| 401. iShares Russell Midcap Index (IWR) | A | Dividend | J | T | | | | | |
| 402. Nuveen Mid Cap Value (FSEIX) | A | Dividend | J | T | | | | | |
| 403. iShares Russell 2000 Index (IWM) | A | Dividend | J | T | | | | | |
| 404. Fidelity Invt Trad Intl Disci (FIADX) | A | Dividend | J | T | | | | | |
| 405. Vanguard FTSE Emerging Markets Index Fund (VWO) | A | Dividend | J | T | Buy | 06/11/20 | J | | |
| 406. Laudus Int'l Marketmasters Fd Select (SWMIX) | | None | | | Sold | 06/11/20 | J | B | |
| 407. Ishares US Treasury Bond ETF (GOVT) | C | Dividend | M | T | Buy | 05/07/20 | M | | |
| 408. Tiaa Cref Bond Plus Fund Adv (TCBHX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Michael R.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409. Vanguard Intermediate Term Bond Index ETF (BIV) | C | Dividend | M | T | Buy | 05/07/20 | M | | |
| 410. Vanguard Short Term Bond Index Fund (BSV) | B | Dividend | M | T | Buy | 05/07/20 | M | | |
| 411. Tiaa Cref Inflation Linked Bond Fund (TIIHX) | A | Dividend | J | T | | | | | |
| 412. Vanguard Real Estate Etf (VNQ) | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Michael R.** | 05/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 2 and 3: The holdings of these real estate companies are operational in nature; other investments of the companies, if any, are beyond the scope of the filer's knowledge. The filer has a 1/6 interest in each of these holdings.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/10/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Michael R. Barrett**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544